United States District Court
Southern District of Texas
**ENTERED**
February 02, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EDWARD OGDEN, Derivatively | § | |
| On Behalf of Cobalt International | § | |
| Energy, Inc., | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-15-0139 |
| | § | |
| JOSEPH H. BRYANT, *et al.*, | § | |
|     Defendants. | § | |

## DISMISSAL ORDER

By Memorandum and Order [Doc. # 35] entered November 25, 2015, the Court granted Defendants' Motion to Dismiss with leave for Plaintiff to file an amended complaint by January 8, 2016.  Plaintiff has neither filed the amended complaint nor requested an extension of the deadline.  Accordingly, it is hereby

**ORDERED** that this case is **DISMISSED** in accordance with the Court's November 25, 2015 Memorandum and Order.

SIGNED at Houston, Texas, this 2nd day of **February, 2016**.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE

C:\Users\shelia_ashabranner\AppData\Local\Temp\notesE1EF34\0139DO.wpd   160202.1107